**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-2593**

―――――――――

JOHN J. "SWARTZ" TRENT,

                                    Plaintiff - Appellant,

        versus

COMMONWEALTH OF VIRGINIA,

                                    Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, District Judge.
(CA-98-72-L)

―――――――――

Submitted:  November 3, 1998        Decided:  November 13, 1998

―――――――――

Before HAMILTON and MOTZ, Circuit Judges, and HALL, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

John J. Trent, Appellant Pro Se.  James Walter Hopper, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John J. "Swartz" Trent appeals the district court order dismissing that part of his complaint seeking monetary damages. We dismiss the appeal for lack of jurisdiction because the order is not appealable. See Fed. R. Civ. P. 54(b). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED